Name and address:
Melissa R. Emert, Esq.
Kantrowitz, Goldhamer & Graifman
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JEFFREY HOWITT, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>*Plaintiff(s)*<br><br>*Defendant(s).* | CASE NUMBER<br><br>2:24-cv-06530-FLA-PD<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Emert, Melissa, R.     of     Kantrowitz, Goldhamer & Graifman
*Applicant's Name (Last Name, First Name & Middle Initial)*     135 Chestnut Ridge Road, Suite 200
845-356-2570          845-356-4335                            Montvale, NJ 07645
*Telephone Number*    *Fax Number*
memert@kgglaw.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Steven Jeffrey Howitt

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ Other: _____

and designating as Local Counsel
Hart, Yana     of     Clarkson Law Firm, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*     22525 Pacific Coast Highway
306499        (213) 788-4050        (213) 788-4070            Malibu, CA 90265
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
yhart@clarksonlawfirm.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____            _____
                                          U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1